UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HOWARD JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LIVINGSTON, et al.,<br><br>Defendants. | Case No. 25-cv-09934-RFL (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Bruce Howard Jordan has not complied with the Court's order to (1) file a complete application to proceed in forma pauperis (IFP), or (2) submit full payment for the $405.00 filing fee.  (Dkt. No. 8.)  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Jordan may move to reopen.  Any such motion must (1) have the words MOTION TO REOPEN written on the first page, and (2) be accompanied by a complete IFP application or full payment for the $405 filing fee.

The Clerk shall enter judgment in favor of Defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:**  March 31, 2026

_____
RITA F. LIN
United States District Judge